# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN MEADOW, INC., a Connecticut corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GROCERY OUTLET INC., a California corporation doing business as GROCERY OUTLET and as IDEAL DISTRIBUTING; and DOES 1 through 200, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 10-4096 CRB<br><br>[~~Proposed~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

RUTTER
HOBBS &
DAVIDOFF
INCORPORATED
LAWYERS

## ORDER

PURSUANT TO STIPULATION, IT IS ORDERED:

1. That the date and time of the initial Case Management Conference are continued to _____ January 28 \_\_\_, 2011, at \_\_ 8:30 \_\_\_ a.m., in Courtroom 8, 19th floor, 450 Golden Gate Avenue, San Francisco, California.

2. That all deadlines based on the date of the initial Case Management Conference are continued accordingly.

DATED: December 10, 2010



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE